# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.

_____

No. 3D22-0810
Lower Tribunal No. 19-0290-P
_____

**Steven Stratton, et al.,**
Appellants,

vs.

**Christina Intoccia, et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Clark, Fountain, La Vista, Prather & Littky-Rubin, LLP, and Julie H. Littky-Rubin (West Palm Beach), for appellants.

Hinshaw & Culbertson LLP, and James H. Wyman, for appellees.

Before LOGUE, LINDSEY, and BOKOR, JJ.

**<u>ON CONFESSION OF ERROR</u>**

PER CURIAM.

Appellees (Defendants below) Christina and Louise Intoccia commendably concede that the trial court erred in dismissing the case without considering the factors set forth in <u>Kozel v. Ostendorf</u>, 629 So. 2d 817 (Fla. 1993). We accept Appellees' confession of error, reverse the order of dismissal, and remand for further proceedings.

Reversed and remanded.